## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

WHITE WINSTON SELECT ASSET
FUNDS, LLC,

               Plaintiff,

v.

SWAY WATER, INC.

               Defendant.

Civil Action No. 1:18-cv-10368

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff White Winston Select Asset Funds, LLC ("**White Winston**") hereby files this notice of voluntary dismissal pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, dismissing this civil action ***WITHOUT PREJUDICE.***

White Winston reserves all of its rights and remedies.

Dated:  May 2, 2018

Respectfully Submitted,

/s/ *Jeffrey D. Sternklar*
Jeffrey D. Sternklar (BBO#549561)
JEFFREY D. STERNKLAR LLC
26th Floor
225 Franklin Street
Boston, MA  02110
Telephone:  (617) 396-4515
Facsimile:   (617) 507-6530
Email:  jeffrey@sternklarlaw.com

Counsel to White Winston Select
Asset Funds, LLC

## **CERTIFICATE OF SERVICE**

I certify that the above document was filed electronically using the CM/ECF system on May 2, 2018, and thereby served on counsel of record for all other parties who have appeared.

/s/*Jeffrey D. Sternklar*
Jeffrey D. Sternklar